IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
───────────────────────────────────────────────────────────

ANDREW STEPHENSON,

    Plaintiff,                                                   ORDER

    v.                                                             24-cv-428-wmc

IMAGINE HOSPITALITY, LLC,
BRUCE D. NEVIASER, and
CRAIG A. STARK,

    Defendants.

───────────────────────────────────────────────────────────

Plaintiff Andrew Stephenson filed this lawsuit under the Fair Labor Standards Act against defendants Imagine Hospitality, LLC, Bruce D. Neviaser, and Craig A. Stark. The parties have now filed a joint motion for entry of a stipulated judgment against Imagine Hospitality, LLC, in the amount of $190,000.00. (Dkt. #13.) Plaintiff has also filed an unopposed motion for settlement approval. (Dkt. #14.) Both motions will be granted.

ORDER

IT IS ORDERED THAT:

1) The parties' joint motion for a stipulated judgment (dkt. #13) is GRANTED.

2) The Clerk shall enter judgment in favor of plaintiff Andrew Stephenson and against defendant Imagine Hospitality, LLC, in the amount of $190,000.00.

3) Plaintiff Stevenson's unopposed motion for approval of the Settlement Agreement (dkt. #14) is GRANTED.

4) The Settlement Agreement submitted by the parties (dkt. #17) is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

5) Defendants Bruce D. Neviaser and Craig A. Stark shall make the settlement payments according to the terms of the Settlement Agreement (dkt. #17), which is binding on plaintiff Stephenson and defendants Neviaser and Stark.

6) Plaintiff's claims against defendants Neviaser and Stark are DISMISSED with prejudice and without costs to any party, except the court will retain jurisdiction as necessary to enforce the terms of the Settlement Agreement.

7) The clerk of court is directed to close this case.

Entered this 18h day of August, 2025.

                                                BY THE COURT:

                                                /s/

                                                _____
                                                WILLIAM M. CONLEY
                                                District Judge